IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN M. HENSON,

        Plaintiff,                    No. CIV S-09-0553 DAD P

   vs.

UNKNOWN,

        Defendant.              ORDER

_____/

       Plaintiff, presently confined at the Solano County Jail, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis. Plaintiff has not submitted his in forma pauperis request on a proper form.

       Plaintiff's request for leave to proceed in forma pauperis will be denied, and plaintiff will be granted thirty days to submit a new request on a proper form. Plaintiff is cautioned that the form includes a section that must be completed by a jail official, and the application form must be accompanied by a certified copy of plaintiff's trust account statement for the six-month period immediately preceding the filing of this action.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's February 26, 2009, request for leave to proceed in forma pauperis (Doc. No. 2) is denied without prejudice;

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action; and

3. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

DATED: March 5, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
hens0553.3d